B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Shelbourne North Water Street L.P. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>20-5214737 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>4526 North Kenneth<br>Chicago, Illinois 60630<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook County, IL<br>ZIP CODE 60630 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>Limited Partnership | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Shelbourne North Water Street L.P.

Case No. _____

## TRANSFER OF CLAIM

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

x [signature] VP
Signature of Petitioner or Representative (State title)
RMW Acquisition Company, LLC    10/9/13
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard O'Toole
c/o The Related Companies, L.P
60 Columbus Circle, 19th Floor
New York, NY 10023

x [signature] 10/9/13
Signature of Attorney    Date
Russell Silberglied - Richards, Layton & Finger, P.A.
Name of Attorney Firm (If any)
920 North King Street, Wilmington, DE, 19801
Address
(302) 651-7700
Telephone No.

---

x [signature] VP
Signature of Petitioner or Representative (State title)
RMW CLP Acquisitions LLC    10/9/13
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Richard O'Toole
c/o The Related Companies, L.P
60 Columbus Circle, 19th Floor
New York, NY 10023

x [signature] 10/9/13
Signature of Attorney    Date
Russell Silberglied - Richards, Layton & Finger, P.A.
Name of Attorney Firm (If any)
920 North King Street, Wilmington, DE, 19801
Address
(302) 651-7700
Telephone No.

---

x [signature] Managing Principal
Signature of Petitioner or Representative (State title)
Thornton Tomasetti, Inc.    10/8/2013
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Joseph G. Burns
c/o Thornton Tomasetti
330 N. Wabash Avenue, Suite 1500
Chicago, Illinois, 60611

x [signature] 10/9/13
Signature of Attorney    Date
Russell Silberglied - Richards, Layton & Finger, P.A.
Name of Attorney Firm (If any)
920 North King Street, Wilmington, DE, 19801
Address
(302) 651-7700
Telephone No.

---

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| RMW Acquisition Company, LLC | Bus. Debt - loan default | principal amount of* 69,500,000.00 |
| RMW CLP Acquisitions, LLC | Mechanic Liens | principal amount of* 10,543,163.00 |
| Thornton Tomasetti, Inc. | Expired Mechanic Lien and Unsecured Debt | not less than* 1,654,101.74 |
| | | Total Amount of Petitioners' Claims see continuation page |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___ continuation sheets attached

* plus applicable interest, costs, fees, and other charges under applicable documents

B 5 (Official Form 5) (12/07) – Page 3 (continuation page)    Name of Debtor __Shelbourne North Water Street L.P__

Case No. _____

### TRANSFER OF CLAIM

✔ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_  Senior VP  Signature of Petitioner or Representative (State title) | x _Russell C. Silberglied_ 10/9/13  Signature of Attorney                         Date |
| Cosentini Associates                      8 OCT 2013  Name of Petitioner                         Date Signed | Russell Silberglied - Richards, Layton & Finger, P.A.  Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:  Bruno Spiewak  c/o Cosentini Associates  1 South Wacker Drive, 37th Fl.  Chicago, IL, 60606 | 920 North King Street, Wilmington, DE, 19801  Address  (302) 651-7700  Telephone No. |
| x _____  Signature of Petitioner or Representative (State title) | x _____  Signature of Attorney                         Date |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |
| x _____  Signature of Petitioner or Representative (State title) | x _____  Signature of Attorney                         Date |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Cosentini Associates | Mechanic Lien | not less than $773,340.77 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  not less than 82,470,605.51