IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHELBOURNE NORTH WATER STREET, L.P.,<br><br>　　　　　　　　Alleged Debtor. | Chapter 11<br><br>Case No. 13-12652 (KJC)<br><br>Re: Docket Nos. 1, 17 and 20 |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION FOR RELIEF, VENUE
TRANSFER AND SARE DESIGNATION**

The undersigned hereby certifies as follows:

1. On October 9, 2013, the Petitioning Creditors[1] filed an involuntary petition (the "**Involuntary Petition**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") against Shelbourne North Water Street, L.P. (the "**Alleged Debtor**"), commencing the above-captioned involuntary bankruptcy case (the "**Bankruptcy Case**"). Responses to the Involuntary Petition were to be filed by no later than October 30, 2013.

2. On October 17, 2013, the Petitioning Creditors filed the *Motion of Petitioning Creditors to Designate Proceeding as Single Asset Real Estate Case* (the "**SARE Motion**") [D.I. 17]. Responses to the SARE Motion were to be filed by no later than 4:00 p.m. (Eastern Daylight Time) on October 31, 2013.

3. On October 24, 2013, the Alleged Debtor filed the *Motion of the Alleged Debtor to Transfer Venue of this Case to the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division Pursuant to 28 U.S.C. § 1412 and Bankruptcy Rule 1014* (the "**Venue**

---

[1] The "**Petitioning Creditors**" are RMW Acquisition Company, LLC, RMW CLP Acquisitions LLC, Thornton Tomasseti, Inc., and Cosentini Associates.

**Motion**") [D.I. 20]. Responses to the Venue Motion were to be filed by no later than 4:00 p.m. (Eastern Standard Time) on November 7, 2013.

4. After the filing of the Involuntary Petition, the SARE Motion and the Venue Motion (collectively, the "**Involuntary Documents**") and status conferences before the Bankruptcy Court on October 25, 2013 and October 28, 2013, the Alleged Debtor and the Petitioning Creditors (together, the "**Parties**") met and conferred and, to that end, entered into a stipulation (the "**Stipulation**") that resolves such documents on the terms set forth therein. In particular, pursuant to the Stipulation, the Parties have agreed, among other things, that (i) an order for relief under chapter 11 of the Bankruptcy Code (the "**Order for Releif**") shall be entered with respect to the Alleged Debtor, (ii) the Bankruptcy Case shall be transferred to the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, and (iii) the Bankruptcy Case shall be designated as a single asset real estate case (as defined in Bankruptcy Code section 101(51B)).

5. The undersigned certifies that he has reviewed the Bankruptcy Court's docket in the above-captioned chapter 11 cases, and no answer, objection or other responsive pleading to the Involuntary Documents appears thereon. Moreover, the undersigned further certifies that he has not received any informal responses or objections to the Involuntary Documents, and counsel to the Alleged Debtor has informed the undersigned that it also has not received any such informal responses or objections to the Involuntary Documents.

6. Attached hereto as Exhibit 1 is a proposed form of order approving the Stipulation (the "**Proposed Order**"). The Stipulation is attached to the Proposed Order as Exhibit A thereto. The Order for Relief is attached to the Proposed Order as Exhibit B thereto.

2

WHEREFORE, the Petitioning Creditors respectfully request that the Bankruptcy Court (i) enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit 1</u>, and (ii) enter the Order for Relief, substantially in the form attached to the Proposed Order as <u>Exhibit B</u> thereto.

Dated: November 8, 2013
       Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: silberglied@rlf.com
       shapiro@rlf.com

- and -

Lenard M. Parkins (*pro hac vice*)
Trevor R. Hoffmann (*pro hac vice*)
Jonathan Hook (*pro hac vice*)
John Beck (*pro hac vice*)
HAYNES AND BOONE LLP
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Email: lenard.parkins@haynesboone.com
       trevor.hoffmann@haynesboone.com
       jonathan.hook@haynesboone.com
       john.beck@haynesboone.com

*Attorneys for the Petitioning Creditors*